**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7358**
_____

FLINT FITZGERALD JOHNSON, JR.,

       Petitioner - Appellant,

    v.

ALVIN W. KELLER, JR.,

       Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Wallace W. Dixon, Magistrate Judge. (1:10-cv-00346-TDS-WWD)

_____

Submitted: January 18, 2011      Decided: January 27, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Flint Fitzgerald Johnson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Flint Johnson, Jr. seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C.A. § 2254 (West 2010) petition for failure to pay the requisite filing fee. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 10, 2010. The notice of appeal was filed on September 13, 2010. Because Johnson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2